```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 07 B 14126
   MARIA G MATA-NAVARRO
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

          Debtor
   SSN XXX-XX-7485


-----------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/07/07 and confirmed on 11/28/07.

   2.  The case was converted to Chapter 7 after confirmation, 09/04/2008.

   3.  The Debtor paid a total of $   2787.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 14498.58 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| OLD RENWICK TRAIL TH ASS | SECURED | 1546.00 | .00 | 231.93 |
| WILL COUNTY TREASURER | SECURED | .00 | .00 | .00 |
| ACCOUNT SOLUTIONS | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 2014.06 | .00 | .00 |
| THE CHICAGO DEPT OF REVE | PRIORITY | NOT FILED | .00 | .00 |
| COLLECTCORP CORP | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2780.86 | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 925.34 | .00 | .00 |
| NICOR GAS | UNSECURED | 1119.01 | .00 | .00 |
| NORTHLAND GROUP | UNSECURED | NOT FILED | .00 | .00 |
| OLD NAVY | UNSECURED | NOT FILED | .00 | .00 |
| PLANTATION BILLING CENTE | UNSECURED | 462.00 | .00 | .00 |
| PROFESSIONAL ACCOUNTS MA | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 52.45 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 822.75 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NEXTEL COMMUNICATIONS | UNSECURED | 478.25 | .00 | .00 |
| THE CHILDRENS PLACE | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 363.58 | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 420.39 | .00 | .00 |
| RJM ACQUISITIONS LLC | UNSECURED | 111.00 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 972.51 | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 709.40 | .00 | .00 |

```
PORTFOLIO RECOVERY ASSOC  UNSECURED        204.03              .00              .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        494.54              .00              .00
WORLD FINANCIAL NETWORK   UNSECURED        634.13              .00              .00
ALLIANCE DATA SYSTEMS     UNSECURED       1024.52              .00              .00
        Summary of disbursements:
-----------------------------------------------------------------------------------
                      SECURED    PRIORITY     UNSECURED          OTHER         TOTAL
-----------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   16044.58         .00      13588.82            .00      29633.40
PRINCIPAL PAID         231.93         .00           .00            .00        231.93
INTEREST PAID             .00         .00           .00            .00           .00
TOTAL PAID             231.93         .00           .00            .00        231.93
```

The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   3500.00
and was paid $    500.00  direct and $   2403.83  through the plan.

The Trustee received $    151.24 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 12/17/08                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 07 B 14126 MARIA G MATA-NAVARRO